**UNITED STATES of America,**
**Appellee,**

v.

**Eulogio MARTINEZ–ARRELLANO,**
**also known as Angel Arteaga,**
**Appellant.**

No. 03–2389.

United States Court of Appeals,
Eighth Circuit.

Submitted March 4, 2004.

Decided March 11, 2004.

Andrew Stephen Dunne, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Eulogio Martinez–Arrellano, #10311–041, Federal Correctional Institution, Forrest City, AR, pro se, F. Clayton Tyler, Minneapolis, MN, for Defendant–Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Eulogio Martinez–Arrellano pleaded guilty to conspiring to distribute and possess with intent to distribute in excess of 500 grams of a mixture containing methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] assessed a 2–level role enhancement and sentenced Mr. Martinez–Arrellano to 168 months imprisonment and 5 years supervised release.

On appeal, Mr. Martinez–Arrellano contests the role enhancement and argues that his sentence should be vacated because of misconduct by his public defender. After careful review of the record, we conclude that the district court did not clearly err in determining Mr. Martinez–Arrellano's role in the offense warranted a 2–level enhancement. *See* U.S.S.G. § 3B1.1(c) (2–level increase if defendant was organizer, leader, manager, or supervisor in any criminal activity); *United States v. Johnson*, 47 F.3d 272, 277 (8th Cir.1995) (standard of review). We also conclude that Mr. Martinez–Arrellano's claim regarding misconduct by his public defender is not properly before us. *See United States v. Hughes*, 330 F.3d 1068, 1069 (8th Cir.2003).

Accordingly, we affirm.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.